IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TARA MAE NEW,<br><br>    Defendant. | Case No. 3:23-CR-30143-NJR-1 |

## ORDER TERMINATING PROBATION

**ROSENSTENGEL, Chief Judge:**

  Pending before the Court is a Motion for Early Termination of Probation filed by Defendant Tara Mae New. (Doc. 5). On October 18, 2022, New was sentenced to a five year term of probation, 120 hours of community service, and a $100.00 special assessment after pleading guilty to possession of child pornography. (*Id.*). New now seeks early termination of probation after having completed more than half of her term.

  Under 18 U.S.C. § 3564(c), "[t]he court, after considering the factors set forth in section 3553(a) . . . may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

  According to U.S. Probation Officer Sheryll Vilcinskas, New has remained compliant with her terms of probation and has done very well under supervision. Officer

Vilcinskas reports that New is working full time, has good support, and has saved money to move closer to her daughter. Officer Vilcinskas also reports that New is compliant with her sex offender registration requirement, has paid her special assessment, and has completed the Sex Offender Treatment Program. Due to policy reasons, however, U.S. Probation does not recommend early termination of probation. The United States has no objection to early termination of New's term of probation.

Having considered New's motion and numerous letters in support, the Government's and U.S. Probation's positions, and the 18 U.S.C. § 3553(a) factors, the Court finds that New's conduct and the interest of justice warrants the early termination of her term of probation.

Accordingly, the Motion for Early Termination of Probation filed by Defendant Tara Mae New (Doc. 5) is **GRANTED**. The previously imposed term of probation is **TERMINATED** as of the date of this Order.

    **IT IS SO ORDERED.**

    **DATED:** September 15, 2025

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**